UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **JERMAINE MANLEY,** § § § Civil Action No. 3:17-cv-01546-B | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **BLUESTEM BRANDS, INC. D/B/A FINGERHUT** § § | |
| Defendant. § § § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.


Dated: February 16, 2018        BY: */s/ Amy L. Bennecoff Ginsburg*
                                               Amy L. Bennecoff Ginsburg, Esquire
                                               Kimmel & Silverman, P.C.
                                               30 E. Butler Avenue
                                               Ambler, PA 19002
                                               Phone: (215) 540-8888
                                               Facsimile: (877) 788-2864
                                               Email: aginsburg@creditlaw.com
                                               Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2018, a true and correct copy of the foregoing pleading was served via ECF to the below:

Justin R Opitz, Esq.
McGuireWoods LLP
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
214-932-6471
Fax: 214-273-7487
Email: jopitz@mcguirewoods.com

Dated: February 16, 2018                     BY: */s/ Amy L. Bennecoff Ginsburg*
                                             Amy L. Bennecoff Ginsburg, Esquire
                                             Kimmel & Silverman, P.C.
                                             30 E. Butler Avenue
                                             Ambler, PA 19002
                                             Phone: (215) 540-8888
                                             Facsimile: (877) 788-2864
                                             Email: aginsburg@creditlaw.com
                                             Attorney for the Plaintiff