# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| **JERMAINE MANLEY,** § | | |
| Plaintiff, § | Civil Action No. 3:17-cv-01546-B | |
| § | | |
| v. § | | |
| § | | |
| § | | |
| **BLUESTEM BRANDS,** § | | |
| **INC. D/B/A FINGERHUT** § | | |
| § | | |
| Defendant. | | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Justin R Opitz* | */s/ Amy L. Bennecoff Ginsburg* |
| Justin R Opitz , Esq. | Amy L. Bennecoff Ginsburg (AB 0891) |
| McGuireWoods LLP | Kimmel & Silverman, P.C. |
| 2000 McKinney Avenue, Suite 1400 | 30 East Butler Pike |
| Dallas, TX 75201 | Ambler, PA 19002 |
| 214-932-6471 | Phone: (215) 540-8888 |
| Fax: 214-273-7487 | Fax: (877) 788-2864 |
| Email: jopitz@mcguirewoods.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| | |
| Date: March 27, 2018 | Date: March 27, 2018 |

BY THE COURT:

_____
                               J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 26th day of March, 2018:

Justin R Opitz, Esq.
McGuireWoods LLP
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
214-932-6471
Fax: 214-273-7487
Email: jopitz@mcguirewoods.com

                    */s/ Amy L. Bennecoff Ginsburg*
                    Amy L. Bennecoff Ginsburg (AB 0891)
                    Kimmel & Silverman, P.C.
                    30 East Butler Pike
                    Ambler, PA 19002
                    Phone: (215) 540-8888
                    Fax: (877) 788-2864
                    Email: aginsburg@creditlaw.com
                    Attorney for the Plaintiff